FILED19 DEC '11 1351USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL TOMPKINS, | ) |
| Plaintiff, | ) Case No. 3:10-cv-01236-JO |
| v. | ) ORDER OF DISMISSAL |
| CHASE HOME FINANCE, LLC, a foreign corporation; CHASE BANK USA, N.A., a foreign corporation, | ) |
| Defendants. | ) |

JONES, Judge:

      Plaintiff's unopposed motion (#24) to dismiss this action is granted as follows:

      This action is dismissed with prejudice and without costs or fees to either party.

Any pending motions are denied as moot.

      DATED this ___ day of December, 2011.

                                          ROBERT E. JONES
                                          U.S. District Judge