FILED 19 DEC '11 1351 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL TOMPKINS, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:10-cv-01236-JO |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| CHASE HOME FINANCE, LLC, a foreign ) | |
| corporation; CHASE BANK USA, N.A., ) | |
| a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

JONES, Judge:

    Plaintiff's unopposed motion (#24) to dismiss this action is granted as follows:

    This action is dismissed with prejudice and without costs or fees to either party.

Any pending motions are denied as moot.

    DATED this ___ day of December, 2011.

                                                   ROBERT E. JONES
                                                   U.S. District Judge